# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JERRI DAWN BRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BIERMAN,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:22-cv-140-ALM-KPJ<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 19, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report") (Dkt. #8) that Plaintiff Jerri Dawn Bradford's claims be dismissed without prejudice for want of prosecution. *See* Dkt. #8. The Report was served upon Plaintiff by email and certified mail. *See* Dkts. #8, 9.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**SIGNED this 19th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE